## THIRD DISTRICT.

Jane Chumard, appellee, v. Frank N. Goodman et al., trading as Parlor Market, appellants. Gen. No. 8,597.

Heard in this

court at the October term, 1931. Opinion filed February 1, 1932.

C. C. Martin and F. R. Wiley, for appellants. Whitley & Fitzgerald and Arthur F. Delahunty, for appellee; John R. Fitzgerald, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.